**George CLEVELAND, III,**
**Plaintiff-Appellant,**

**v.**

**Warden Larry CARTLEDGE, in their official and individual capacity; Officer I. Mayes, in their official and individual capacity; Officer M. Jones, in their official and individual capacity; Warden (Unknown Name), in their official and individual capacity; Lieber Correctional Institution, in their official and individual capacity; Officer Tyrell Admore, in their official and individual capacity; Contraband Lt. Charles Hartzog, in their official and individual capacity; Business Employee T. Way, in their official and individual capacity; MacDougall Correctional Institution, in their official and individual capacity; Officer Francine Bachman, in their official and individual capacity; Director Bryan Stirling, of the SCDC, in their official and indi-**

vidual capacity; Unknown Names of the Office of General Counsel of the SCDC, in their official and individual capacity, Defendants-Appellees.

No. 16-6891

United States Court of Appeals, Fourth Circuit.

Submitted: December 20, 2016

Decided: December 22, 2016

George Cleveland, III, Appellant Pro Se.

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Cleveland, III, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cleveland v. Cartledge, No. 4:15-cv-04512-RBH (D.S.C. May 23, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED